IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ASHLEY HAWKINS                                                                                          PLAINTIFF
*On behalf of*
D.L.M., A MINOR

vs.                                         Civil No. 6:14-cv-06020

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

### J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

ENTERED this 2nd day of March 2015.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE